# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| GTS TOWING, INC. | § | Case No. 17-28932 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/27/2017. The undersigned trustee was appointed on 09/27/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $       13,450.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 3,084.07 |
   | Bank service fees | 60.21 |
   | Other payments to creditors | 4,879.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]     $       5,426.72

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  11/09/2018  and the deadline for filing governmental claims was  11/09/2018 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,095.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 2,095.00 , for a total compensation of $ 2,095.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  03/29/2019                By: /s/Frances Gecker, Trustee
                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-28932 | DRC | Judge: | Donald R Cassling | Trustee Name: | Frances Gecker, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | GTS TOWING, INC. | | | | Date Filed (f) or Converted (c): | 09/27/2017 (f) |
| | | | | | 341(a) Meeting Date: | 10/27/2017 |
| For Period Ending: | 03/29/2019 | | | | Claims Bar Date: | 11/09/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING, SAVINGS - Chase | 0.00 | 0.00 | | 0.00 | FA |
| 2. MACHINERY - 1992 Ford Tractor | 0.00 | 1,500.00 | | 1,500.00 | FA |
| 3. MACHINERY - 1995 Ford Aeromax Truck-Tractor | 2,500.00 | 2,500.00 | | 1,500.00 | FA |
| 4. MACHINERY - 2003 International Flat Bed | 5,000.00 | 5,000.00 | | 10,450.00 | FA |
| 5. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $7,500.00     $9,000.00     $13,450.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

10/31/18 - TRUSTEE IS WAITING FOR CLAIMS BAR DATE TO PASS AND THEN WILL SUBMIT A TFR FOR REVIEW.

7/25/18 - TRUSTEE'S COUNSEL TO FILE MOTION TO EMPLOY ACCOUNTANT.
7/13/18 - TRUSTEE'S AUCTIONEER SOLD 3 TRUCKS.

2/2/18 - TRUSTEE FILED MOTION FOR TURNOVER OF BOOKS AND RECORDS.

10/27/17 - THE TRUSTEE IS INVESTIGATING POSSIBLE FRAUDULENT TRANSFERS.

Initial Projected Date of Final Report (TFR): 11/30/2018     Current Projected Date of Final Report (TFR): 03/01/2019

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 17-28932 | Trustee Name: Frances Gecker, Trustee |
| Case Name: GTS TOWING, INC. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2283 |
| | Checking |
| Taxpayer ID No: XX-XXX6151 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/29/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/13/18 | | HEATH INDUSTRIAL AUCTION SERVICES, INC. 508 W. BRITTANY DRIVE ARLINGTON HEIGHTS, IL 60004 | Sale of Asset Nos. 2, 3 AND 4 | | $12,227.25 | | $12,227.25 |
| | | | Gross Receipts $13,450.00 | | | | |
| | | AMERICAN AUCTION ASSOCIATES, INC. 508 W. BRITTANY DRIVE ARLINGTON HEIGHTS, IL 60004 | Buyer's Premium ($1,222.75) | 3610-000 | | | |
| | 2 | | MACHINERY - 1992 Ford Tractor $1,500.00 | 1129-000 | | | |
| | 3 | | MACHINERY - 1995 Ford Aeromax Truck-Tractor $1,500.00 | 1129-000 | | | |
| | 4 | | MACHINERY - 2003 International Flat Bed $10,450.00 | 1129-000 | | | |
| 07/17/18 | 5001 | AMERICAN AUCTION ASSOCIATES, INC. 508 W. BRITTANY DRIVE ARLINGTON HEIGHTS, IL 60004 | Order dated 1/23/18 | 3620-000 | | $1,861.32 | $10,365.93 |
| 08/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $10,355.93 |
| 09/10/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.73 | $10,339.20 |
| 09/18/18 | 5002 | ILLINOIS DEPT. OF REVENUE P.O. Box 19053 Springfield, IL 62794-9053 | 2017 IL-1120-ST; FEIN 26-1616151 | 4800-000 | | $4,879.00 | $5,460.20 |
| 10/05/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.48 | $5,446.72 |
| 11/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,436.72 |
| 12/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,426.72 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*                                Page Subtotals:                $12,227.25        $6,800.53

| | | |
|---|---:|---:|
| COLUMN TOTALS | $12,227.25 | $6,800.53 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $12,227.25 | $6,800.53 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $12,227.25 | $6,800.53 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2283 - Checking | $12,227.25 | $6,800.53 | $5,426.72 |
|  | $12,227.25 | $6,800.53 | $5,426.72 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $1,222.75 |
| Total Net Deposits: | $12,227.25 |
| Total Gross Receipts: | $13,450.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 17-28932  
Debtor Name: GTS TOWING, INC.  
Claims Bar Date: 11/9/2018  

Date: March 29, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 3410 | ALAN D. LASKO & ASSOCIATES P. C. 205 W. Randolph Street Suite 1150 Chicago, IL 60606 | Administrative | | $0.00 | $4,872.70 | $4,872.70 |
| 100 3420 | ALAN D. LASKO & ASSOCIATES P. C. 205 W. Randolph Street Suite 1150 Chicago, IL 60606 | Administrative | | $0.00 | $49.40 | $49.40 |
| 100 3610 | AMERICAN AUCTION ASSOCIATES, INC. 508 W. BRITTANY DRIVE ARLINGTON HEIGHTS, IL 60004 | Administrative | Order dated 1/23/18 - Auctioneer's Buyer's Premium | $0.00 | $1,222.75 | $1,222.75 |
| 100 3620 | AMERICAN AUCTION ASSOCIATES, INC. 508 W. BRITTANY DRIVE ARLINGTON HEIGHTS, IL 60004 | Administrative | Order dated 1/23/18 - Auctioneer Expenses | $0.00 | $1,861.32 | $1,861.32 |
| 100 2100 | Frances Gecker FRANKGECKER LLP 325 N. LaSalle Street, Suite 625 Chicago, IL 60654 | Administrative | | $0.00 | $1,620.18 | $1,620.18 |
| 1 230 5300 | BRANDON BRADLEY c/o CHARLES J. CANDIANO CANDIANO LAW OFFICE 53 W. JACKSON BLVD. SUITE 609 CHICAGO, IL 60604 | Priority | Wage Claim Portion of Claim No. 1 | $0.00 | $10,000.00 | $10,000.00 |
| 2 230 5300 | CHARLES J. CANDIANO CANDIANO LAW FIRM 53 W. JACKSON BLVD., #609 CHICAGO, IL 60604 | Priority | Secured Portion of Claim No. 1 | $0.00 | $10,000.00 | $10,000.00 |
| 4P 280 5800 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION PO BOX 19035 SPRINGFIELD, IL 62794-9035 | Priority | | $0.00 | $514.83 | $514.83 |
| 6P 280 5800 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION PO BOX 19035 SPRINGFIELD, IL 62794-9035 | Priority | Priority portion of Claim No. 6. | $0.00 | $97.13 | $97.13 |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 17-28932  
Debtor Name: GTS TOWING, INC.  
Claims Bar Date: 11/9/2018  

Date: March 29, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 400<br>4800 | ILLINOIS DEPT. OF REVENUE<br>P.O. Box 19053<br>Springfield, IL 62794-9053 | Secured | 2017 Illinois Taxes Due with tax return | $0.00 | $4,879.00 | $4,879.00 |
| 5<br>400<br>4800 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION<br>PO BOX 19035<br>SPRINGFIELD, IL 62794-9035 | Secured | | $0.00 | $649.03 | $649.03 |
| 1U<br>300<br>7100 | BRANDON BRADLEY<br>c/o CHARLES J. CANDIANO<br>CANDIANO LAW OFFICE<br>53 W. JACKSON BLVD.<br>SUITE 609<br>CHICAGO, IL 60604 | Unsecured | Unsecured Portion of Claim No. 1 | $0.00 | $27,000.00 | $27,000.00 |
| 3<br>300<br>7100 | CHARLES J. CANDIANO<br>53 W. JACKSON BOULEVARD<br>SUITE 609<br>CHICAGO, IL 60604 | Unsecured | | $0.00 | $10,000.00 | $10,000.00 |
| 4U<br>300<br>7100 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION<br>PO BOX 19035<br>SPRINGFIELD, IL 62794-9035 | Unsecured | | $0.00 | $50.40 | $50.40 |
| 6U<br>300<br>7100 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION<br>PO BOX 19035<br>SPRINGFIELD, IL 62794-9035 | Unsecured | Unsecured portion of Claim No. 6 | $0.00 | $39.00 | $39.00 |
| | Case Totals | | | $0.00 | $72,855.74 | $72,855.74 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-28932
Case Name: GTS TOWING, INC.
Trustee Name: Frances Gecker, Trustee

Balance on hand $ 5,426.72

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
|  | ILLINOIS DEPT. OF REVENUE | $ 4,879.00 | $ 4,879.00 | $ 4,879.00 | $ 0.00 |
| 5 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION | $ 649.03 | $ 649.03 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 5,426.72

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 2,095.00 | $ 0.00 | $ 1,620.18 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES P. C. | $ 4,872.70 | $ 0.00 | $ 3,768.33 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES P. C. | $ 49.40 | $ 0.00 | $ 38.21 |
| Auctioneer Fees: AMERICAN AUCTION ASSOCIATES, INC. | $ 1,222.75 | $ 1,222.75 | $ 0.00 |
| Auctioneer Expenses: AMERICAN AUCTION ASSOCIATES, INC. | $ 1,861.32 | $ 1,861.32 | $ 0.00 |

| | Total to be paid for chapter 7 administrative expenses | $ 5,426.72 |
|---|---|---|
| | Remaining Balance | $ 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 20,611.96 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | BRANDON BRADLEY | $ 10,000.00 | $ 0.00 | $ 0.00 |
| 2 | CHARLES J. CANDIANO | $ 10,000.00 | $ 0.00 | $ 0.00 |
| 4P | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION | $ 514.83 | $ 0.00 | $ 0.00 |
| 6P | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION | $ 97.13 | $ 0.00 | $ 0.00 |

| | Total to be paid to priority creditors | $ 0.00 |
|---|---|---|
| | Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 37,089.40 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | BRANDON BRADLEY | $ 27,000.00 | $ 0.00 | $ 0.00 |
| 3 | CHARLES J. CANDIANO | $ 10,000.00 | $ 0.00 | $ 0.00 |
| 4U | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION | $ 50.40 | $ 0.00 | $ 0.00 |
| 6U | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION | $ 39.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors       $ 0.00

Remaining Balance       $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE