## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 17-28932 |
| | ) | |
| GTS TOWING, INC., an Illinois corporation, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | **Hearing Date:** June 11, 2019 |
| | ) | **Hearing Time:** 9:30 a.m. |
| | ) | **Courtroom:** 619 |

### NOTICE OF HEARING

PLEASE TAKE NOTICE THAT on **June 11, 2019**, at **9:30 a.m.**, we shall appear before the Honorable Donald R. Cassling, or such other judge as may be sitting in his stead, in Courtroom 619 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the **Trustee's Application for Compensation and Expenses**.

Dated: April 26, 2019

                                                Respectfully submitted,

                                          By:   /s/ *Frances Gecker*
                                                  Frances Gecker, Chapter 7 Trustee

Frances Gecker (IL ARDC #6198450)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654
(312) 276-1400
(312) 276-0035 (fax)

{GTS/001/00056294.DOC/}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 17-28932 |
| | ) | |
| GTS TOWING, INC., an Illinois corporation, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Donald R. Cassling |

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO:   THE HONORABLE Donald R Cassling

NOW COMES Frances Gecker, Trustee herein, pursuant to 11 U.S.C. §330, and requests $1,620.18 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $13,450.00. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $845.00 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $0.00 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |

TOTAL COMPENSATION ALLOWED:         $2,095.00
**TOTAL COMPENSATION REQUESTED:**    `   **$1,620.18**

## II. TRUSTEE'S EXPENSES

None

TOTAL EXPENSES                    $0.00

    The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: April 26, 2019.

                                        Respectfully submitted,

                                        By:    /s/ *Frances Gecker*
                                                 Frances Gecker, Chapter 7 Trustee

Frances Gecker (IL ARDC #6198450)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654
(312) 276-1400
(312) 276-0035 (fax)